MACDONALD & ASSOCIATES
IAIN A. MACDONALD (State Bar No. 051073)
221 Sansome Street
San Francisco, CA 94104-2323
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Defendant and Appellant,
KI O. SON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>KI O. SON,<br><br>　　　　　　Debtor.<br><br>HEUNG SER PARK,<br><br>　　　　　　Plaintiff-Appellee,<br><br>　　　vs.<br><br>KI O. SON, DBA SON GENERAL CONSTRUCTION,<br><br>　　　　　　Defendant-Appellant. | District Court Case No. C 10-00085 MHP<br><br>Case No. 07-31429<br>Chapter 7<br><br>Adv. Proc. No. 08-3011 TC<br><br>ORDER EXTENDING TIME FOR APPELLANT KI O. SON TO FILE REPLY TO APPELLEE'S BRIEF |

　　　It appearing to the Court from Appellant's Ex Parte Application To Extend Time of Briefing Schedule to File Appellant Ki O. Son's Reply to Appellee's Brief, and supporting documents, that additional time is necessary for the Appellant to gather the information required for the preparation of his Reply Brief, and good cause appearing therefor,

　　　IT IS HEREBY ORDERED that the time within which the Appellant shall file his reply Brief is extended 14 days (July 19, 2010).

Date:　07/07/10

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge
　　　　　　　　　　　　　　　　　　　　　Judge Marilyn H. Patel

ORDER EXTENDING TIME FOR APPELLANT KI O. SON TO REPLY TO APPELLEE'S BRIEF                        1